| | |
|---|---|
| 1 | Albert B. Norris (SBN 34756) |
| 2 | Stephen G. Blitch (SBN 70193)<br>Daniel J. Valim (SBN 233061) |
| 3 | REED SMITH LLP<br>1999 Harrison Street, Suite 2400 |
| 4 | Oakland, CA 94612-3572 |
| 5 | **Mailing Address:**<br>P.O. Box 2084 |
| 6 | Oakland, CA 94604-2084 |
| 7 | Telephone:   510.763.2000<br>Facsimile:    510.273.8832 |
| 8 | Attorneys for Lincoln Electric Holdings; The |
| 9 | ESAB Group, Inc (erroneously named as<br>"ESAB Group, Inc., as itself and successor to |
| 10 | Alloy Rods Inc. and L-TEC Welding and<br>Cutting Systems, Inc."); The Lincoln Electric |
| 11 | Company; A.O. Smith Corporation; Praxair, Inc.<br>(erroneously named as "Praxair, Inc., as |
| 12 | successor to Linde Air Products"); Union<br>Carbide Corporation (erroneously named as |
| 13 | "Union Carbide Corporation, as successor to<br>Linde Air Products and Haynes Satellite |
| 14 | Works"); Viacom Inc., successor by merger to<br>CBS Corporation, f/k/a Westinghouse; Hobart |
| 15 | Brothers Company (erroneously named as<br>"Hobart Brothers Company, as itself and |
| 16 | successor to Teledyne McKay, Inc." and<br>"McKay Welding Products"); The BOC Group, |
| 17 | Inc. f/k/a Airco, Inc. (erroneously named as<br>"AIRCO/The BOC Group, Inc., as itself and as |
| 18 | successor to Airco, Inc. (f/k/a Air reduction Co.)<br>and Wilson Welder & Metal Co."); Allegheny |
| 19 | Technologies, Inc.; Lincoln Global, Inc.;<br>Sandvik, Inc. (erroneously named as "Sandvik |
| 20 | Materials Technology Company"); and Airgas<br>Gulf-States, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 23 | DAVID DICKENS, an individual and PATRICIA DICKENS, an individual, | No.: C06-04810 WHA |
| 24 | | **STIPULATION AND [PROPOSED]** |
| 25 | Plaintiffs, | **ORDER STAYING PROCEEDINGS** |
| 26 | vs. | |
| 27 | A.O. SMITH CORPORATION; ADAMS HARD-FACING COMPANY, INC.; AIR | |
| 28 | PRODUCTS & CHEMICALS, INC.; AIRCO INC.; AIRCO/THE BOC GROUP, INC., as itself | |

C06-04810 WHA                                   – 1 –

Stipulation And [Proposed] Order Staying Proceedings

|   |   |
|---|---|
| 1 | and as successor to Airco, Inc. (f/k/a Air Reduction Co.) and Wilson Welder & Metal Co.; AIRGAS-GULF STATES, INC.; ALLEGHENY TECHNOLOGIES, INC. as successor to Teledyne-McKay Welding Products; AVESTA POLARIT, INC.; BOC FINANCIAL CORP.; THE BOC GROUP, INC.; CATERPILLAR, INC.; THE ESAB GROUP, INC.; ESAB GROUP, INC., as itself and as successor to Alloy Rods Inc., and L-TEC Welding and Cutting Systems, Inc.; GENERAL ELECTRIC COMPANY; HAYNES INTERNATIONAL, INC.; HOBART BROTHERS COMPANY, as itself and as successor to Teledyne McKay, Inc.; ILLINOIS TOOL WORKS, INC., as successor to Hobart Brothers Corp., Teledyne McKay, Inc. and Miller Electric Manufacturing Corp.; THE LINCOLN ELECTRIC COMPANY LINCOLN ELECTRIC HOLDINGS; LINCOLN GLOBAL, INC., also known as Seal Seat Corporation; MCKAY WELDING PRODUCTS; METROPOLITAN LIFE INSURANCE COMPANY; MILLER ELECTRIC MANUFACTURING CO., INC ; PRAXAIR, INC., as successor to Linde Air Products; RANKIN INDUSTRIES, INC.; STOODY COMPANY, as itself and as successor to the Deloro Stellite Company; THERMADYNE HOLDINGS CORPORATION, as itself and as successor to the Deloro Stellite Company, Stoody Company, and Tweco Products, Inc.; UNION CARBIDE CORPORATION, as successor to Linde Air Products and Haynes Stellite Works; VIACOM, INC.; WESTINGHOUSE ELECTRIC CORPORATION; J.W. HARRIS COMPANY, INC.; OLSON AND CO. STEEL, individually and as successor-in-interest to BOSTROM-BERGEN METAL PRODUCTS; BOSTROM-BERGEN METAL PRODUCTS; VICTOR EQUIPMENT COMPANY; HUNTINGTON ALLOYS CORPORATION f/k/a Inco Alloys International Inc.; SANDVIK MATERIALS TECHNOLOGY COMPANY; THERMADYNE INDUSTRIES aka Stoody; EAST BAY WELDING SUPPLY, INC.; CALIFORNIA WELDING SUPPLY COMPANY; GENUINE PARTS COMPANY; and Does 1-1000, |
| | Defendants. |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   IT IS HEREBY STIPULATED by and between the parties hereto through their respective
2   attorneys of record that all proceedings in this matter be stayed pending a transfer of this action to
3   <u>In re Welding Fume Products Liability Litigation</u>, MDL No. 1535 (N.D. Ohio).
4
5   Throughout the period during which the transfer is pending, the parties stipulate to a stay of
6   Defendants' obligation to respond to the complaint and of the parties' right to propound discovery.
7   During this period, the parties respectfully request that this Court refrain from issuing any
8   scheduling orders in this matter, including but not limited to case management orders and orders
9   pertaining to Alternative Dispute Resolution. Furthermore, any and all case management
10  conferences currently on calendar are now removed.
11
12  SO STIPULATED AND AGREED

DATED: August 18, 2006

REED SMITH LLP

By _____
Albert B. Norris
Stephen G. Blitch
Daniel J. Valim
Attorneys for Defendants
Lincoln Electric Holdings; The ESAB Group, Inc (erroneously named as "ESAB Group, Inc., as itself and successor to Alloy Rods Inc. and L-TEC Welding and Cutting Systems, Inc."); The Lincoln Electric Company; A.O. Smith Corporation; Praxair, Inc. (erroneously named as "Praxair, Inc., as successor to Linde Air Products"); Union Carbide Corporation (erroneously named as "Union Carbide Corporation, as successor to Linde Air Products and Haynes Satellite Works"); Viacom Inc., successor by merger to CBS Corporation, f/k/a Westinghouse; Hobart Brothers Company (erroneously named as "Hobart Brothers Company, as itself and successor to Teledyne McKay, Inc." and "McKay Welding Products"); The BOC Group, Inc. f/k/a Airco, Inc. (erroneously named as "AIRCO/The BOC Group, Inc., as itself and as successor to Airco, Inc. (f/k/a Air reduction Co.) and Wilson Welder & Metal Co."); Allegheny Technologies, Inc.; Lincoln Global, Inc.; Sandvik, Inc. (erroneously named as "Sandvik Materials Technology Company"); and Airgas Gulf-States, Inc.

DATED: 8/23/06

GREENE BROILLET & WHEELER, LLP

By _____
Bruce Fishelman
Helaine Hatter
Attorneys for Plaintiffs

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

C06-04810 EMC — 4 —
Stipulation And [Proposed] Order Staying Proceedings

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: October 3, 2006

By_____
~~The Honorable Edward M. Chen~~
William Alsup
United States District Judge

DOCSOAK-9842670.1

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

C06-04810 WHA — 5 —

Stipulation And [~~Proposed~~] Order Staying Proceedings