A CERTIFIED TRUE COPY

OCT 13 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 27 2006

SEP 27 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
CLERK'S OFFICE

DOCKET NO. 1535

C 06-4810 WHA

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE WELDING FUME PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-43)

On June 23, 2003, the Panel transferred three civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 269 F.Supp.2d 1365 (J.P.M.L. 2003). Since that time, 355 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Kathleen McDonald O'Malley.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge O'Malley.

Pursuant to Rule 7.4 of the <ins>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</ins> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of June 23, 2003, and, with the consent of that court, assigned to the Honorable Kathleen McDonald O'Malley.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 13 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio

By: _Renee Schmitoto_
Deputy Clerk

## SCHEDULE CTO-43 - TAG-ALONG ACTIONS
## DOCKET NO. 1535
## IN RE WELDING FUME PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #              CASE CAPTION

CALIFORNIA CENTRAL
CAC  2  06-5327                Larry Brengle, et al. v. A.O. Smith Corp., et al.

CALIFORNIA EASTERN
CAE  2  06-1776                Douglas Peruchetti, et al. v. A.O. Smith Corp., et al.
CAE  2  06-1897                Kenneth Pridmore, et al. v. Lincoln Electric Holdings, Inc., et al.

CALIFORNIA NORTHERN
CAN  3  06-4810                David Dickens, et al. v. A.O. Smith Corp., et al.
CAN  3  06-4822                John Lassus, et al. v. Lincoln Electric Holdings, Inc., et al.
CAN  3  06-4825                Harry Battiste, et al. v. A.O. Smith Corp., et al.
CAN  3  06-5049                Joseph Duran v. A.O. Smith Corp., et al.
CAN  4  06-4811                Rufino Ramos v. A.O. Smith Corp., et al.

CALIFORNIA SOUTHERN
CAS  3  06-1589                Jorge Gallardo, et al. v. A.O. Smith Corp., et al.
CAS  3  06-1590                Lawrence Proulx v. A.O. Smith Corp., et al.
CAS  3  06-1596                Michael A. Jones, et al. v. A.O. Smith Corp., et al.

MINNESOTA
MN   0  06-3319                David Mann v. Airco, Inc./BOC Group, Inc., et al.

PENNSYLVANIA WESTERN
PAW  3  06-103                 William E. Walsh, Jr. v. Consolidated Rail Corp., et al.
PAW  3  06-104                 Charles A. Williams v. Consolidated Rail Corp., et al.